**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**LAFAYETTE-OPELOUSAS DIVISION**

| | |
|---|---|
| CONSOLIDATED COMPANIES, INC. | CIVIL ACTION NO. 98-1804 L-O |
| VERSUS | JUDGE S. MAURICE HICKS, JR |
| UNION PACIFIC RAILROAD COMPANY, INDIVIDUALLY AND IN ITS CAPACITY AS SUCCESSOR IN INTEREST TO THE SOUTHERN PACIFIC TRANSPORTATION COMPANY AND SOUTHERN PACIFIC COMPANY | |

### ORDER

For the reasons assigned in the Court's Memorandum Ruling:

**IT IS ORDERED** that the Motion for Summary Judgment filed by Defendant Union Pacific Railroad Company [Doc. No. 106] is hereby **DENIED**.

**DONE AND SIGNED** in Shreveport, Louisiana, this 17th day of February, 2006.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE